## STARK COUNTY AGRICULTURAL SOCIETY v. BRENNER

Ohio Supreme Court
No 22207. Decided June 18, 1930

Kinkade, Robinson, Day and Allen, JJ., concur. Matthias, J., concurs in the judgment of reversal.